COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Jameson Thottam v. Elizabeth Joseph

Appellate case number:    01-13-00377-CV

Trial court case number:  2007-75702

Trial court:              311th District Court of Harris County

On July 29, 2014, we ordered appellant Jameson Thottam to file with this Court, no later than August 13, 2014, proof that he had paid, or made arrangements to pay, for the preparation of a supplemental clerk's record that included any items listed in Texas Rule of Appellate Procedure 34.5(a)(1)–(12) and not included in the record filed with this Court, or the appeal might be dismissed. *See* TEX. R. APP. P. 34.5(a), 35.3(a)(2), 37.3(b). Thottam responded with a "Notice of Filing of Request of Supplementation of Arbitrator's Record," indicating that he had filed a request to supplement the clerk's record in the trial court. Thottam, however, has not filed with this Court proof that he has paid, or made arrangements to pay, for preparation of the supplemental clerk's record.

Accordingly, Thottam is ordered to file with this Court, **no later than 5 days from the date of this order, written proof from the district clerk that he has paid, or made arrangements to pay, for the preparation of the supplemental clerk's record** that includes any items listed in Texas Rule of Appellate Procedure 34.5(a)(1)–(12) and not included in the record filed with this Court, **or the appeal may be dismissed**. *See* TEX. R. APP. P. 34.5(a), 35.3(a)(2), 37.3(b).

As directed in the July 29, 2014 order, Thottam is further ordered to file a corrected brief, containing all appropriate references or citations to the appellate record. *See* TEX. R. APP. P. 38.1(d), (g), (i). **Thottam's corrected brief is due to be filed with this Court no later than 14 days after a supplemental clerk's record is filed with the Clerk of this Court**. Appellee Elizabeth Joseph's brief will be due no later than 30 days after the date Thottam's corrected brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: /s/ Jim Sharp
                      ☒  Acting individually

Date:  August 19, 2014